FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2022

No. 04-22-00145-CR

Bobby **BORDELON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2215-CR-C
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant's brief is due June 1, 2022. On May 26, 2022, appellant's appointed counsel, Ms. Kimberly Keller, filed a motion to abate this appeal for appointment of substitute appellate counsel. Ms. Keller states she can no longer represent appellant in this appeal because she is now serving as the Municipal Judge for the City of Fair Oaks Ranch, Texas. After Ms. Keller filed her motion, Mr. Vikash Bhakta filed a notice of appearance (as newly appointed appellate counsel) and a motion for a sixty-day extension of time to file the brief.

We GRANT the motion for an extension of time, and Mr. Bhakta is ORDERED to file appellant's brief **no later than July 31, 2022. Further extensions of time will not be granted absent extraordinary circumstances.**

Ms. Keller's motion to abate is DENIED AS MOOT.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2022.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court